# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**D. URYYAH AJAMU,**

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:13-cv-450-Orl-28KRS**

**DENISE Y. WILLIS, KAREN THRAILKILL, SONJA REEVES, JANELL A. SPOLSKI, TERESA THOMSON, SANFORD MAIN POST OFFICE, LAKE MONROE POST OFFICE,**

      **Defendants.**

_____

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 2) filed March 20, 2013.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 16, 2013 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED** without prejudice.

3. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED without prejudice**. Plaintiff is granted leave to file an Amended Complaint. The Court notes that Plaintiff has filed an Amended Complaint (Doc. No. 8). Plaintiff may file an amended Motion to Proceed In Forma Pauperis or pay the filing fee within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th day of May, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party