# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**D. URYYAH AJAMU,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:13-cv-450-Orl-28KRS**

**UNITED STATES POSTAL SERVICE,**

       **Defendant.**

_____

## ORDER

This case is before the Court on Defendant's Motion to Dismiss or for Summary Judgment (Doc. No. 18) filed September 27, 2013. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's "Response to Court's Report and Recommendation" (Doc. 25), which this Court treats as Plaintiff's Objections to the Report and Recommendation, Plaintiff's Objections are **OVERRULED**. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 17, 2013 (Doc. No. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss or for Summary Judgment (Doc. No. 18) is **GRANTED.**

3. Plaintiff's claims are **DISMISSED** without prejudice for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

4. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of January, 2014.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party